**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-1506**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM M. BRYSON, JR.,

Defendant,

versus

PAUL B. GOIST,

Movant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CR-01-240, CR-01-712)

───────────

Submitted:  October 1, 2003          Decided:  October 17, 2003

───────────

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Paul B. Goist, Appellant Pro Se.  Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul B. Goist has noted an appeal from the district court's order denying Leland M. Bryson's petition of third party interest in forfeited property. Goist attempted to assert his interest in the forfeited property within the proceeding filed by Leland Bryson. Despite his attempts—both in the district court and in this court—Goist was not made a party to the proceedings. See 21 U.S.C. § 853(k), (n) (2000); United States v. Phillips, 185 F.3d 183, 186 (4th Cir. 1999) ("Section 853(n) provides the exclusive means by which a third party can assert his interest in forfeited property."). Accordingly, we deny the United States' motion to strike Goist's informal brief and dismiss Goist's appeal for lack of standing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED